E-FILED
Thursday, 02 June, 2005 04:47:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**FILED**

JUN - 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR 05-20025 |
| ) | |
| LARRY WASHINGTON, ) | Title 18, United States Code, |
| ) | Sections 641 and 1001 |
| Defendant. ) | |

### INDICTMENT

**COUNT 1**
(Theft of Government Funds)

**THE GRAND JURY CHARGES:**

1. From around April 2000 to December 2004, LARRY WASHINGTON received in excess of $1,000 (approximately $110,000) in Railroad Retirement Board disability annuity payments from the United States Government, based on his application and claim that he became disabled and unable to work around February 8, 2000 due to problems with his back.

2. Despite his claim of disability, from around April 2000 to December 2004, WASHINGTON was employed at Marks Pest Control, Supportive Staffing Services, and Solo Cup Company and received income that he failed to report to the Railroad Retirement Board and that would have reduced his Railroad Retirement Board disability annuity payments in excess of $1,000 (approximately $40,000).

3. Beginning on or about April 2000 and continuing until December 2000, in the Champaign County, in the Central District of Illinois, and elsewhere,

**LARRY WASHINGTON,**

defendant herein, did intentionally and knowingly steal, purloin, and convert to his use money of the United States in that he knowingly converted to his own use Railroad Retirement Board disability annuity payments in excess of $1000 to which he was not entitled with the intent to deprive the United States of the use or benefit of that money.

In violation of Title 18, United States Code, Section 641.

## COUNT 2
(False Statement)

**THE GRAND JURY CHARGES:**

1-2. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 2 of Count One of this Indictment as though fully set forth herein.

3. The Railroad Retirement Board, an agency of the executive branch of the United States Government, periodically requires and relies upon information from a Railroad Retirement Board disability annuity recipient to support the recipient's continuing eligibility for Railroad Retirement Board benefits, including information regarding any employment or earnings of the recipient.

4. On or about December 20, 2004, in Champaign County, in the Central District of Illinois, and elsewhere,

**LARRY WASHINGTON,**

defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made a materially false and fictitious representation in that he represented to the Railroad Retirement Board that he

2

had not worked for an employer (railroad or non-railroad) since January 1, 2000, when in fact he knew full well at the time that he had worked for certain employers, namely, Marks Pest Control, Supportive Staffing Services, and Solo Cup Company, since January 1, 2000.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Greg Harris for
JAN PAUL MILLER
United States Attorney

ELM

3