AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CRIMINAL CASE

**FILED**
JUN 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

vs.

Case Number: IL 05-20025

**LARRY WASHINGTON**

Urbana, IL 61802

YOU ARE HEREBY SUMMONED to appear before the **UNITED STATES DISTRICT COURT**,

201 S. Vine St. Urbana, Illinois

at
**9:30 A.M.**
on
**July 12, 2005**
before the
HONORABLE **DAVID G. BERNTHAL**

To answer a(n) **Indictment** charging you with a violation of Title **18**, United States Code, Section(s) **641 and Title 18, United States Code, Section 1001.**

Brief description of offense:

Count 1 - Theft of Government Funds

Count 2 - False Statements

US MARSHALS SERVICE CENTRAL ILLINOIS
RECEIVED 2005 JUN -6 P 4: 24

DATE: 6/3/05

DAVID G. BERNTHAL

s/David G. Bernthal

**U.S. MAGISTRATE JUDGE**

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) 14 JUNE '05 |

Check one box below to indicate the appropriate method of service

[X] Served personally upon the defendant at: _____
URBANA, IL 61802

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
  Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 14 JUNE '05         USM STEVEN DEATHERAGE
            Date                  Name of United States Marshal

                                 DUSM J. Nowick
                                 (by) Deputy United States Marshal

Remarks: