E-FILED
Tuesday, 12 July, 2005  01:17:47 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff ) | |
| ) | |
| ) | CASE NO. **05-20025-01** |
| ) | |
| **LARRY WASHINGTON** ) | |
| Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 p.m.** on **SEPTEMBER 2, 2005,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **SEPTEMBER 12, 2005,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 12th day of July, 2005.

s/ David G. Bernthal

DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

05-20025schedulingorder.wpd