E-FILED
Tuesday, 12 July, 2005  02:58:21 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 12, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. THOMAS L CANNON
D. C. Docket No. 03-20085
U. S. C. A. Docket No. 05-1841 AND 05-1842

Dear Mr. Agnello:

    I am sending you herewith the supplemental record on appeal. It consists of the following:

   Volumes of Pleadings

  2 Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

   Impounded Exhibits:

   Other (specify):

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/S. Doan
      Deputy Clerk