05-20025

Dear Judge,

My Name is Florine Washington.

I am Larry Washington Mother. My son is a good person. He never got in trouble when he was young. He finished school and graduated. Worked for Never and always kept a job ever since he was young. My son father died at a young age. He died from a stroke. I raised 9 kids by

Pg 4

Story of the situation but I know my son can be forgiven. I know he is sickly himself and is going thru a mid life crisis. Please do not send him to jail. That's not the best place. Help him he need help but he need help but know the hold

myself. All of my kids work except two and they receive disability. Larry Washington is a good hearted person. I love my son. He has never been in jail before for anything. I don't know the hold

Pg 5

Not this way. I think some type of program is needed for him. I love and care about him and see the change in him but jail is not the answer.

Love,
Mother Florine Washington

Page 1

October 24, 2005

Dear Judge or U.S. Probation:
DONNA S. BROWN

I am Diane Lewis Larry Washington youngest sister. I am writing because I know of the situation my brother Larry Washington is in a situation that should of never happen. I am a mother of two and raising my niece

Page 2

daughter also. My brother is a good person and always done right. Now he has got around negative people. I love my brother and know my brother should of never done what he did. He always worked and help support my mom out when times get rough. He helped with my graduation and

Page 3

When I had my first child. My brother always kept a job and supported his family. Sometimes people take life for granted. I know in my heart my brother knows right from wrong. He is still my big brother and I love him for who he is.

Love,
Diane Lewis
Lil Sister

Oct 25, 2005                                    05-20025

Lisa Dukes
5926 S. Honore
Chgo, IL 61802

Re: Character Reference

To Whom It may concern:

Larry Washington has been a role model in my life since I was a child of 5 years. He has encouraged me to work hard and to pursue my dreams. He has provided a good example by the way he lives his life.

Larry is a man with a strong value system. He is trustworthy and dedicated to his beliefs. He is supportive of friends and family in all of their endeavors. He realizes the important pursuit in life is happiness and not how many material things one may possess. Larry has sacrificed time and money to help others. He epitomizes the quote "a friend in need is a frie

indeed". I am confident that Larry's character will withstand any test and have no doubt of his sincerity. He has taught me honesty is the best policy. Thank you.

Yours Truly
Lisa Dukes

Oct 24, 2005                                            05-20025

Shirley Fisher
104 N. Poplar
Urbana, IL 61802

RE: Character Reference

To Whom it may Concern

It is my pleasure to write this letter in response to the character of Larry Washington. I have known Larry for approximately 30 years. During that time we have shared many experiences and it is without hesitation that I call him a friend.

Throughout the years Larry's has expressed a strong spirit and a kind heart. He is prompt in his efforts to help, never asking much for himself. He is a strong advocate for a worthy cause and willing to work long hours without complaint. His loyal trustworthy nature has engendered him in the hearts of friends and family. He is a good example of consistency in

a society of far too many short term relationships. I am proud to recommend Larry as a man of honor and have no doubt his caliber is as solid as steel.

If more information is needed, please don't hesitate to contact me at 217-367-1261. Thank you for your perusal of this letter,

Sincerely,
Ms Shirley Fisher

05-20025

Oct 24, 2005

Carolyn Love
1702 E. Colorado
Urbana, IL. 61802

To whom it may Concern

Larry and I have been together for thirty three year and to this day I cannot find anything bad to say about him. He had been their for me and our daughter.
He has been a good provider and a great father. He is a man that has always been willing to help other. Larry is a hard working man and a man that will go out his way to help others. He is a man that is always putting himself out their to help any young person that need his help, and is willing to accepted his help.
He is a man that finishes what he starts. always.

Oct. 24, 2005

Markeeta Love

RE: Character Reference

To whom it may concern

It is my pleasure to write this letter to let you know how Larry has been such a good influence in my life and my childrens lives. Larry has been such a good father to me and a great grandfather to my children. He has been compassionate and understanding, protective and loving. And although he's not my biological dad I love him and I'm proud to call him daddy.

Sincerely,
Markeeta Love