05-20025   E-FILED
Monday, 07 November, 2005 11:54:17 AM
Clerk, U.S. District Court, ILCD

RECEIVED US PROBATION URBANA 2005 NOV -2 AM 11:52

Doris Washington
409 15th Avenue SE T2
St. Cloud, MN 56304
(320) 230-7652

October 26, 2005

Officer Donna S. Brown
United States Probation Officer
127 US Courthouse
201 S Vine Street
Urbana, IL 61802   Fax:217.373.5860

Dear Officer Brown:

I have learned from my Mom, Flourine Washington and my sister Diane Lewis, that my brother Larry Washington has pleaded guilty to defrauding the government of funds. I have also learned that my brother is addicted to drugs. This does not come as a total shock to me, for I have seen the change in my brother for some time now.

My brother Larry Washington as I remember him helped me out on several occasions growing up. When I separated from my ex, my brother opened his doors for me so that myself and my two children had a place to call home. As a single mom, when I fell off a chair and fractured my ankle my brother assisted with paying my bills for a month until I was able to return to work. When I hosted Thanksgiving for the family at my new home in Minnesota, my brother offered to pick up the tab, but thankfully I refused.

Larry has been on a downward spiral since separating from his wife Willie Mae. Larry re-connected with his ex girlfriend Carolyn and slowly you could see the changes in him. The phone calls stopped coming and the family visits became few and far between. The most disappointing acts were the calls made to my Mom after missing Mother's Day, birthdays and Christmas and the promise of gifts being in the mail. Gifts she never received. How can a person fib to their Mom like that, over and over again? There must be a problem. The problem are the drugs.

The drug environment my brother is currently living in is not healthy. My brother has been a working man since the age of 18 and an idle mind is the devil's playground. Yes, instead of seeking employment to feed his addiction and others around him, volunteering somewhere to keep his mind and self busy should have been the answer. Without a doubt my brother should pay for the crime he has committed. But, without a doubt my brother needs help. My brother Larry needs rehabilitation. He needs to remove himself from the people he has surrounded himself with. Most times when we are in the thick of things, we can't see the forest for the trees. Sometimes we need to take a step back, remove ourselves and think. Help that you can provide to the family in leading him to the path of rehabilitation would be greatly appreciated.

Thank you,

*Doris Washington* (signature)
Doris Washington

05-20025

Bernice Washington-Caver
18163 Versailles Lane Apt. 201
Hazel Crest, Illinois 60429

To Whom It May Concern:

My name is Bernice Washington-Caver and I am the oldest sister of Larry Washington. He has always been there for my mother, my other siblings and me. When he was a little boy, he was my baby brother with girly ways. As he grew older, he became my heart. My mother worked all kinds of jobs just to keep food and clothes on the entire family, so we worked all kinds of odd jobs just to help my mother with bills and food. There were ten of us, but one of our siblings died so there are nine of us left. Larry has always worked hard and watched over our mother and us. As the years went on Larry became our Savior in so many ways. For instance, when my husband left me I was devastated. I had an abundance of bills. My rent was due, I had just a little food in the house, and a great deal of pride. Larry had not talked to me in a couple of weeks and just decided to stop by and check on me. When he saw and heard, what was going on he went into action. By the end of the second week my rent was paid. He went and bought groceries and got me some job interviews.

Since that time I have remained strong in my faith and steadfast in God. Through God, a miracle happened.. He was my angel and my children's anchor. Each of my children has gone on and became hard working citizens.

My oldest son Artis Caver is a floral designer for Virginia Wolf Inc. My middle son Rev. Antoine Caver is a counselor for Lydia House. He works with abused children. My daughter Kristina Caver is a Manager for Publix Foods in Atlanta, Georgia. Larry stayed on each one of them and he was there for them when their father was not.

My brother has been such an inspiration and strong tower in so many people's lives I just can't believe that he has fallen down. All I know is that we were taught God, Family, and a good work ethic. Larry has changed considerably and a lot of it has to do with his medical condition, and those whom he lives. Larry needs to be monitored and he needs a guardian. He needs someone to take over his finances, get him off those drugs, and get him away from those family members. Larry is weak, sick, and if he is sent to jail he won't last. It will kill not only my brother, but my mother. My brother has never stayed in one place. He is like a gypsy, but he keeps going back to this woman Caroline Love and Marquita Love.
They're nasty, doing drugs, and if you investigate, Marquita Love she is getting child support along with government funds for her handicapped son and giving it to her alcoholic boyfriend. The child is clearly not getting the attention he needs and deserves. He needs clean clothes, his diaper changed often, fed consistently, and I can't stress it strongly enough a clean environment. But, that is not what this is all about.

This is about a man who has broken the law, who has left his teachings, whose sick in mind, body, and soul, who was ashamed for his mother to see him in his present condition, and ashamed to ask for help. I want my brother to get the medical as well as psychological help he needs. I love him and I want him to be whole again. I want him to be the man he once was.

Sincerely,

Bernice Washington-Caver