# HAYMARKET CENTER
**COMPREHENSIVE ALCOHOL & DRUG TREATMENT PROGRAMS**

*Celebrating 25 years of service in the Chicagoland area*

#05-20025-001

**EXECUTIVE OFFICES:**

932 W. WASHINGTON BLVD.
CHICAGO, ILLINOIS 60607-2217
312.226.7984 – MAIN
312.226.1676 – FAX

**ADMISSIONS DEPARTMENT:**

108 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2202
312.CAN-HELP – MAIN
312.226.4357 – MAIN
312.226.0047 – FAX
COURT-ORDERED, CALL:
312.226.7984, EXT. 343

**PROGRAM SITES:**

108 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2202
312.226.7984 – MAIN
312.226.8048 – FAX

120 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2202
312.226.7984 – MAIN
312.226.8048 – FAX

**WHOLLY INNOCENCE DAYCARE:**

34 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2640
312.226.7984, EXT. 529
312.226.8048 – FAX

**HAYMARKET MARYVILLE:**

810 W. MONTROSE AVENUE
CHICAGO, ILLINOIS 60613-1409
773.755.7300 – MAIN
773.334.3906 – FAX

**HAYMARKET GRAND BLVD.:**

4910 S. MARTIN LUTHER KING DRIVE
CHICAGO, ILLINOIS 60653-3809
773.548.7598 – MAIN
773.548.6747 – FAX

**HAYMARKET O'HARE:**

O'HARE AIRPORT
PO BOX 66243
CHICAGO, ILLINOIS 60666-0243
773.686.6480 -- MAIN
773.894.3890 – FAX

**HAYMARKET WEST:**

1990 EAST ALGONQUIN ROAD
SCHAUMBURG, ILLINOIS 60173-4152
847.397.5340 – MAIN
847.303.1625 – FAX
1-800.371.7956

Website:
www.hcenter.org

To Whom It May Concern

Mr. Larry Washington have been working doing service work at our A.A and N.A meeting. Larry work with homeless people two times a week at the shelter passing out clothing and work in other fields. Mr. Washington is trusted around the Lawndale Community talking to youths about HIV/Aid prevention and coach the Lawndale soft ball team over the summer. Larry is motivated about help other people about staying off drugs. Thank you for your time

Mr. A. Peterson

FOUNDED IN 1975 BY MSGR. IGNATIUS MCDERMOTT AND DR. JAMES WEST