AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Attachment (Page 1) — Statement of Reasons

DEFENDANT: LARRY WASHINGTON
CASE NUMBER: 05-20025-001
DISTRICT: Illinois Central

## STATEMENT OF REASONS
(Not for Public Disclosure)



☑ **THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS WITHOUT CHANGE.**

**OR**

☐ **THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS BUT WITH THESE CHANGES:** (Use Page 3, if necessary.)

   ☐ **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level or specific offense characteristics):

   ☐ **Chapter Three of the U.S.S.G. Manual** adjustment determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

   ☐ **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

☐ **THE COURT ADOPTS THE PRESENTENCE REPORT WITH THESE COMMENTS OR FINDINGS** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions. Specify court comments or findings, including paragraphs in the presentence report.) (Use Page 3, if necessary.)

**GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):**

   Total Offense Level:      10
   Criminal History Category: I
   Imprisonment Range:       6       to  12           months
   Supervised Release Range: 2       to  3            years
   Fine Range:  $ 2,000     to $ 20,000

☑ Fine waived or below the guideline range because of inability to pay.

☑ **THE SENTENCE IS WITHIN THE GUIDELINE RANGE, THAT RANGE DOES NOT EXCEED 24 MONTHS, AND THE COURT FINDS NO REASON TO DEPART.**

**OR**

☐ **THE SENTENCE IS WITHIN A GUIDELINE RANGE, THAT RANGE EXCEEDS 24 MONTHS, AND THE SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS:** (Use Page 3, if necessary.)

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
            Attachment (Page 2) — Statement of Reasons

DEFENDANT: LARRY WASHINGTON
CASE NUMBER: 05-20025-001
DISTRICT: Illinois Central

## STATEMENT OF REASONS
### (Not for Public Disclosure)

**RESTITUTION DETERMINATIONS**

Total Amount of Restitution:    $ 40,315.04

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

☐ Restitution is not ordered for other reasons:

☐ Partial restitution is ordered under 18 U.S.C. § 3663(c) for these reasons:

**DEPARTURE (Check all that apply)**

☐ The sentence departs below the guideline range for the following reasons; or
☐ The sentence departs above the guideline range for the following reasons:

**Pursuant to a Plea Agreement**
☐ based on 5K1.1 motion of the government based on the defendant's substantial assistance;
☐ based on a government motion pursuant to an early disposition program;
☐ based on a binding plea agreement for departure which the court has accepted (cite below reason, if applicable);
☐ based on a plea agreement which cites the below reason for departure, which the court finds to be justified; or
☐ based on a plea agreement which states that the government will not oppose a defense departure motion and cites the below reason.

**Pursuant to a Motion Not Addressed in a Plea Agreement**
☐ pursuant to a 5K1.1 motion of the government based on the defendant's substantial assistance;
☐ pursuant to a government motion based on the below reason for departure; or
☐ pursuant to a defense motion based on the below reason for departure to which the government has not objected; or
☐ pursuant to a defense motion based on the below reason for departure to which the government has objected.

☐ Other than plea agreement or motion by the parties based on the below reason for departure.

**Reason(s) for Departure**

| | | |
|---|---|---|
| ☐ 4A1.3 Criminal History Adequacy (explain) | ☐ 5K2.8 Extreme Conduct | ☐ 5K2.16 Voluntary Disclosure of Offense |
| ☐ 5K2.0 Aggravating or Mitigating Circumstances (explain): | ☐ 5K2.9 Criminal Purpose | ☐ 5K2.17 High-Capacity Semiautomatic Firearm |
| | ☐ 5K2.10 Victim's Conduct | ☐ 5K2.18 Violent Street Gang |
| ☐ 5K2.1 Death | ☐ 5K2.11 Lesser Harm | ☐ 5K2.20 Aberrant Behavior |
| ☐ 5K2.2 Physical Injury | ☐ 5K2.12 Coercion and Duress | ☐ 5K2.21 Dismissed and Uncharged Conduct |
| ☐ 5K2.3 Extreme Psychological Injury | ☐ 5K2.13 Diminished Capacity | ☐ 5K2.22 Age or Health of Sex Offenders |
| ☐ 5K2.4 Abduction or Unlawful Restraint | ☐ 5K2.14 Public Welfare | ☐ 5K2.23 Discharged Terms of Imprisonment |
| ☐ 5K2.5 Property Damage or Loss | | ☐ 5K3.1 Early Disposition, "fast-track" Program |
| ☐ 5K2.6 Weapons and Dangerous Instruments | | |
| ☐ 5K2.7 Disruption of Government Function | | |

☐ Other (e.g., 2B1.1 commentary, 5H1.1-5H1.6 or 5H1.11)(explain and state guideline and/or statutory basis). (Use Page 3, if necessary.)

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
               Attachment (Page 3) — Statement of Reasons

DEFENDANT: LARRY WASHINGTON
CASE NUMBER: 05-20025-001
DISTRICT: Illinois Central

# STATEMENT OF REASONS
### (Not for Public Disclosure)

**ADDITIONAL PRESENTENCE REPORT AND GUIDELINE APPLICATION CHANGES**
(If necessary.)

**SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS**
(If necessary.)

The Court has consulted the Sentencing Guidelines; and, while advisory, the Court has considered them and taken them into account when sentencing the defendant. Moreover, the Court has reviewed the factors in 18 U.S.C. 3553 and determines the defendant's sentence is appropriate and reasonable. The sentence imposed does: (1) reflect the seriousness of the offense; (2) promote respect for the law; (3) provide just punishment; (4) afford adequate deterrence to criminal conduct; (5) protect the public from further crimes of the defendant; (6) offer opportunities for rehabilitation to the defendant; and (7) ensure consistent, fair, determinate, and proportional sentences to avoid unwarranted disparities among similarly situated defendants.

**ADDITIONAL COMMENTS OR FINDINGS CONCERNING INFORMATION IN PRESENTENCE REPORT**
(If necessary.)

**ADDITIONAL REASONS FOR DEPARTING FROM THE GUIDELINE RANGE**
(If necessary.)

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 5/25/1957
Defendant's Residence Address: 1716 E. Colorado Ave, Apt 103
Urbana, IL 61802
Defendant's Mailing Address: same

12/2/2005
Date of Imposition of Judgment

*Michael P. McCuskey* (signature)
Signature of Judge

MICHAEL P. MCCUSKEY    Chief U.S. District Judge
Name and Title of Judge

12/5/05
Date Signed

## ADDENDUM TO THE PRESENTENCE REPORT

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS**
**UNITED STATES V. LARRY WASHINGTON, DKT. NO. 05-20025-001**

### OBJECTIONS

### By the Government

In a letter dated November 3, 2005, Assistant U.S. Attorney (AUSA) Eugene L. Miller advised that the government had no objections to the presentence report. At AUSA Miller's request, one minor modification was made to the presentence report.

### By the Defendant

Assistant Federal Public Defender Tiffani D. Johnson advised that the defendant had no objections to the presentence report.

Respectfully submitted,

*[signature]*
Donna S. Brown
U.S. Probation Officer

Approved:

*[signature]*
Gary W. Russell
Supervising U.S. Probation Officer

DSB:sdo

Date: 11/09/05

The Court adopts the above-listed findings on December 2, 2005.

*[signature]*
Honorable Michael P. McCuskey
Chief U.S. District Judge

18