CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 05-20025-001 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION URBANA |
|---|---|---|
| LARRY WASHINGTON<br>3024 S. 24th Avenue<br>Broadview, IL 60155 | NAME OF SENTENCING JUDGE<br>MICHAEL P. McCUSKEY | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/02/2005 | TO 02/01/2011 |

**OFFENSE**

THEFT OF GOVERNMENT FUNDS (18:641) AND MAKING A FALSE STATEMENT (18:1001)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/27/07
Date

s/ Michael P. McCuskey
Michael P. McCuskey
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

MAR 2 0 2007
Effective Date

s/ James F. Holderman
United States District Judge