# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217.373.5830
FAX: 217.373.5834

March 30, 2007

U.S. District Clerk's Office Attn: Willie
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

RE: Transfer of Jurisdiction
USA v Larry Washington
ND/IL #07 CR 175; CD/IL #05-20025

Dear Clerk:

On 3/30/2007, an order by the Honorable Michael P. McCuskey, U.S. District Judge, was entered transferring the above-mentioned case from this District Court to the U.S. District Court, .

Enclosed are:
Original Transfer of Jurisdiction and Account Summary (information as to restitution balance will be forwarded from finance department in Peoria, IL)

Also enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: _____ and the password is: _____. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,

John M. Waters, Clerk

By K. Marsh
Deputy Clerk